AO 91 (Rev. 11/11) Criminal Complaint

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
MAR 21 2017
Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| | ) | 4:17MJ 112 |
| ARMAN ALI (1) and | ) | |
| OMAR ALI (2) | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 7, 2013, to the present,__ in the county of __Collin__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Providing Material Support or Resources to Designated Foreign Terrorist Organizations |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jason Hill
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/27/2017

_____
*Judge's signature*

City and state: Plano, Texas          Kimberly Priest Johnson, U.S. Magistrate Judge
*Printed name and title*